United States District Court

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,For the Western District of Wisconsin,,,,,,,,,,,,,,,,,,,,,,,,,,,,

26-cv-58-wmc

------------------------------------------------------------------------x
Jack Sullivan      (Plaintiff)
     vs.
Carmen Pacheco, Sergio Jimenez   (Defendants)
------------------------------------------------------------------------x

Index No.
COMPLAINT
Jury Trial: Yes

1. 42 U.S.C. 1983 provides that
"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity,"

2. Both Defendants delayed the proceedings, in violation of 42 U.S.C. 1983,

3. The amount in controversy is more than $75,000, the actual amount is to be decided by jury.

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

1/7/2026